# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA



IN RE: Jewel V. Arender          CASE NO: 05-31070

## ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$2,213.21** payable to **Advantage Assets, Inc.** are being held in the Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of $2,213.21 payable to **Advantage Assets, Inc.** at the following address: **7322 SW Freeway, Ste. 1600, Houston, TX 77074.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 28th day of April, 2011.

                                        HENLEY A. HUNTER, JUDGE
                                        UNITED STATES BANKRUPTCY COURT