# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–3 | User: mbranan | Date Created: 4/29/2011 |
| Case: 05–31070 | Form ID: pdf8 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | E. Eugene Hastings (Ch 13 Trustee) | ecftr@ch13monroe.com |
| aty | Michael E. Kramer | sm_jennings@bellsouth.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jewel V. Arender | 171 Ellington Road | Winnsboro, LA 71295 |

TOTAL: 1